UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TVMS, INC.,

       Plaintiff,

                                          CASE NO. 1:19-CV-1043

v.

                                          HON. ROBERT J. JONKER

KINGSPORT BOOK, LLC,

       Defendant

_____/

## **ORDER**

       This Court issued a show cause order suggesting a lack of subject matter jurisdiction because the record does not reflect the alleged citizenship of the members of any of the LLC parties. Plaintiff's response essentially concedes the point and invites the Court to depart from established Supreme Court and binding circuit precedent on the issue. This Court has no power to do so.

       Accordingly, this matter is dismissed for lack of subject matter jurisdiction on the existing record. In particular, Plaintiff has not alleged facts that establish a basis for diversity of citizenship.

Dated:    January 2, 2020                    /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE